UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BROOKSGREENBLATT, L.L.C.

VERSUS

C. MARTIN COMPANY, INC.

CIVIL ACTION

NO. 08-454-BAJ-SCR

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 5, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff Brooksgreenblatt, L.L.C.'s Motion for Partial Summary Judgment is DENIED.

IT IS FURTHER ORDERED the plaintiff's Partial Summary Judgment on Affirmative Defenses is GRANTED in parted and DENIED in part.  With the exception of it's affirmative defense of equitable estoppel, the defendant's affirmative defenses is DISMISSED.

Baton Rouge, Louisiana, July 20, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA